*Thursday, May 29, 1997*

## MOTION DOCKET

**96–2301. State v. Palmer.**
Belmont App. No. 89B28. This cause is pending before the court as an appeal from the Court of Appeals for Belmont County. Upon consideration of appellant's motion for continuance of oral argument currently scheduled for 9:00 a.m. on June 25, 1997,
IT IS ORDERED by the court that the motion for continuance of oral argument be, and hereby is, granted, and oral argument is continued to 9:30 a.m. on August 26, 1997.

**97–759. Gen. Motors Corp. v. Joe O'Brien Chevrolet, Inc.**
Franklin App. No. 96APE06–779. This cause is pending before the court as a discretionary appeal and claimed appeal of right from the Court of Appeals for Franklin County. On May 15, 1997, appellees filed a memorandum in response pursuant to S.Ct.Prac.R. III(2)(D). On May 16, 1997, appellees filed a motion seeking an order allowing the filing of appellees' memorandum in response to a memorandum in support of jurisdiction filed by *amici curiae*. Upon consideration thereof,
IT IS ORDERED by the court that the motion be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS

**97–496. State v. McMullen.**
Hamilton App. No. C–960088. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due May 23, 1997, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,
IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.

**97–516. State ex rel. Hughes v. Seidner.**
Lorain App. No. 96CA006552. This cause is pending before the court as an appeal from the Court of Appeals for Lorain County. It appears from the records of this court that appellant has not filed a merit brief, due May 27, 1997, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,
IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.

**97–1074. Hopkins v. Warden.**
This cause originated in this court on the filing of a "Petition for the Redress of Grievances Protected and Preserved Under the Bill of Rights Article I, Waiver of Tort, Common Law Criminal Complaint, and Notice of Default" and was considered in a manner prescribed by law. Upon consideration thereof,
IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.